854 A.2d 1278

Henry C. OSBORN, III, Mary S. Osborn, Robert Lakatos, Angela Lakatos, Michael Bertolami, Melissa Bertolami, Charles Shillingford, Virgie Shillingford, Steve Puccino, Tom Hazard, Dave Greene, Colleen Greene, Robert W. Frye, Lois Frye, Petitioners

v.

. WEST VINCENT TOWNSHIP and the Board of Supervisors of West Vincent Township and Cornerstone Communities, Inc., Respondents.

Supreme Court of Pennsylvania.

Aug. 9, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of August 2004, we **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Commonwealth Court. *See Schadler v. Zoning Hearing Board of Weisenberg Township,* 578 Pa. 177, 850 A.2d 619 (2004).